# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 07-cv-01618-WDM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 25, 2007** | **Courtroom Deputy:** Ben Van Dyke |

BELINDA GRAVES,	James E. Preston, via telephone

    **Plaintiff,**

v.

RICHARD L. CLARK, *et al.*,	Pro se, via telephone

                                    Hazen D. Brown, via telephone

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 8:50 a.m.
Court calls case. Appearances of counsel and pro se defendant.

The parties discuss the status of the case with the Court.

**ORDERED:** All discovery and pretrial proceeding shall be stayed pending the Telephonic Status/Scheduling Conference set for December 11, 2007 at 8:30 a.m.

**ORDERED:** The Motion to Disqualify Mr. Preston [filed October 5, 2007; doc. 26] is hereby denied as moot for the reasons stated on the record.

**ORDERED:** Plaintiff's response to the Motion to Dismiss and answers to the complaint from any defendant that has not yet answered or otherwise responded are due by December 28, 2007.

HEARING CONCLUDED.

**Court in Recess:** 9:05 a.m.
Total In-Court Time: 00:15