IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.     07-cv-01618-WDM-KMT

BELINDA GRAVES,

        Plaintiff(s),

v.

RICHARD L. CLARK, et al.,

        Defendant(s).
_____

**ORDER**
_____

        This matter is pending before me on what I interpret to be a motion to dismiss

pursuant to Fed. R. Civ. P. 41(a)(2).  Being sufficiently advised, it is ordered:

        1.  This case, including the motion for sanctions, is dismissed with prejudice,

each party to pay its own costs and attorney fees; and

        2.  This case is terminated and no longer pending.

        DATED at Denver, Colorado on April 15, 2008

                                        BY THE COURT:


                                        s/ Walker D. Miller
                                        United States District Judge


PDF FINAL